

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| CASEY JAMES PERKINS A/K/A JIMMY PERKINS, | § | No. 08-19-00068-CR |
| | § | Appeal from the |
| Appellant, | § | 120th District Court |
| v. | § | of El Paso County, Texas |
| THE STATE OF TEXAS, | § | (TC# 20180D01802) |
| State. | § | |

# **O R D E R**

The Court GRANTS the Appellant's fifth motion for extension of time within which to file the brief until **May 27, 2020.**

It is further ORDERED that the Hon. Heather H. Hall, Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before May 27, 2020.

IT IS SO ORDERED this 28th day of April, 2020.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.